THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00032-MR-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MATTHEW LEE JOHNSON,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Notice of Dismissal of Supervised Release Violation [Doc. 32].

For the reasons stated in the Government's Notice, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Notice [Doc. 32] is **ALLOWED**, and the Petition for Revocation of Supervised Release [Doc. 22] is **DISMISSED**.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: May 24, 2019

Martin Reidinger
United States District Judge